■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v CARLOS CHAVIANO, Defendant, MARIA CHAVIANO, Appellant.—Order, Supreme Court, New York County, entered on November 13, 1979, unanimously

affirmed, for the reasons stated by Sandifer, J., without costs and without disbursements. Concur—Ross, J. P., Markewich, Bloom, Lynch and Carro, JJ.